# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Leticia Silva
Legal Assistant

February 28, 2022

2/28/22

OK

[signature: Colleen McMahon]

The Honorable Judge Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
-*Via ECF*-

          Re:    USA v. Pedro Rivera,
                 22 Crim. 82 (CM)

Dear Judge McMahon,

Our office represents Mr. Pedro Rivera in the above referenced matter.

On February 10, 2022, Magistrate Judge Debra C. Freeman granted Mr. Rivera a $100,000 dollars Personal Recognizance Bond to be secured by two (2) Financially Responsible Persons (FRPs) by February 24, 2022.

The U.S. Attorney's Office Paralegal Specialists are fully booked and will not be able to conduct the interviews to the potential FRPs until Monday, February 28, 2022.

We respectfully request a One-Week extension on the deadline to satisfy condition of securing the PRB.

The Government consents to this request.

Thank you for your consideration.

                                      Sincerely,

                                      *S/ Telesforo Del Valle Jr.*
                                      Telesforo Del Valle, Jr., Esq.
                                      DEL VALLE & ASSOCIATES

Cc:    A.U.S.A. Alexander Li, Esq.
        A.U.S.A. Ashley Nicolas, Esq.
        A.U.S.A. Andrew Rohrback, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/22
```