# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
   of counsel

Leticia Silva
Legal Assistant

March 24, 2022

MEMO ENDORSED
3/29/22

Bail modification
as requested Granted.

*[signature]*

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007
-*Via ECF-*

Re:   USA v. Pedro Rivera,
       22 Crim. 82 (CM)

Dear Judge McMahon,

Our office represents Mr. Pedro Rivera in the above captioned matter.

On February 10, 2022, Magistrate Judge Debra C. Freeman granted Mr. Rivera a $100,000 dollars Personal Recognizance Bond to be secured by two (2) Financially Responsible Persons (FRPs). Mr. Rivera was placed in Home Incarceration, which restricts him to 24-hour lockdown at him residence.

Mr. Rivera would like to complete the Walking through the Wilderness Workshop, a five-day workforce preparedness program, and to seek employment.

We respectfully request a Bail Modification to place Mr. Rivera in Home Detention, in lieu of Home Incarceration, for the purpose of allowing him to work with employment to be pre-approved by U.S. Pretrial Services.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/22

U.S. Pretrial Services consent to this Bail Modification request. The Government defers to the position of U.S. Pretrial Services.

Thank you for your consideration.

Sincerely,

*S/Telesforo Del Valle Jr.*
Telesforo Del Valle Jr., Esq.
*DEL VALLE & ASSOCIATES*

Cc:

A.U.S.A. Alexander Li, Esq.
A.U.S.A. Ashley Nicolas, Esq.
A.U.S.A. Andrew Rohrback, Esq.
SDNY U.S. Pretrial Services
New Jersey District U.S. Pretrial Services