# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

MEMO ENDORSED
10/6/22
OK
*Colleen McMahon*

October 6, 2021

The Honorable Judge Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
-Via ECF-

Re: USA v. Pedro Rivera,
22 Crim. 82 (CM)

Dear Judge McMahon,

Our office represents Mr. Pedro Rivera in the above referenced matter.

Mr. Rivera is out on a $100,000 dollars Personal Recognizance Bond secured by two (2) Financially Responsible Persons (FRPs) and is in Home Detention.

We respectfully request permission for him to attend his sister's Cancer-Free Anniversary dinner on October 7, 2022, from 7PM to 11PM in New York, NY. He would leave his residence by 6:00PM and return by 11:45PM.

U.S. Pretrial Services Office and the Government consent to this request.

Thank you for your consideration.

Sincerely,

*S/ Telesforo Del Valle Jr.*
Telesforo Del Valle, Jr., Esq.
DEL VALLE & ASSOCIATES

Cc: A.U.S.A. Alexander Li, Esq.
A.U.S.A. Ashley Nicolas, Esq.
A.U.S.A. Andrew Rohrback, Esq.
U.S. Pretrial Services Officer Ahsley Cosme (SDNY)
U.S. Pretrial Services Officer Andrew Dziopa (NJ District)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/22