LAW OFFICE OF
# MICHAEL K. BACHRACH
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001

TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

April 26, 2023

MEMO ENDORSED
4/27/2023
OK by me
CM

**By ECF**
**Hard copy to follow by mail**

The Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Pedro Rivera,*
*22 Cr. 082 (CM)*

Dear Judge McMahon:

    I represent Defendant Pedro Rivera in the above referenced matter, and I write to request a modification in Mr. Rivera's conditions of pretrial release.

    At present, Mr. Rivera has been placed on home incarceration with travel restricted to the SDNY, EDNY, and D.NJ for purposes of allowing him to travel between his job in New York and his home in New Jersey. With the consent of Pretrial Services, Officer Ashley Cosme, I write to request that his home incarceration be rescinded and replaced by a curfew with the curfew hours determined at the discretion of Pretrial Services.

    This request is being made, among other reasons, because Mr. Rivera's lease on his current apartment expires on or about May 15, 2023, so he needs greater flexibility in his travel to permit him the ability to find a new apartment in this limited time. I apologize for not writing this Court sooner, however I was only appointed to represent Mr. Rivera two weeks ago in place of his former counsel, Ted del Valle, and I had not realized the time-sensitivity of Mr. Rivera's request until now.

    I have spoken with Assistant United States Attorney Ashley Nicolas who stated that her office defers to Pretrial Services. As stated, I have also spoken with Pretrial Services Officer Ashley Cosme who has confirmed her office's consent to the instant application.

    Accordingly, the undersigned respectfully requests that Defendant Pedro Rivera's conditions of pretrial release be modified in that his home incarceration be rescinded and replaced by a curfew with the curfew hours determined at the discretion of Pretrial Services.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/23

Case 1:22-cr-00082-CM   Document 175   Filed 04/26/23   Page 2 of 2
Case 1:22-cr-00082-CM   Document 178   Filed 04/27/23   Page 2 of 2

The Hon. Colleen McMahon
April 26, 2023
Page 2 of 2

Thank you for your time and consideration.

Respectfully submitted,

Michael K. Bachrach
*Attorney for Defendant Pedro Rivera*

cc:   All parties of record (by ECF)