LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
----------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

January 29, 2024

*MEMO ENDORSED*

1/29/24

*Conditions of release modified
as requested herein.*

*[signature]*

**By ECF**
**Hard copy to follow by mail**

The Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Pedro Rivera,*
*22 Cr. 082 (CM)*

Dear Judge McMahon:

     I represent Defendant Pedro Rivera in the above referenced matter, and I write to request a modification in Mr. Rivera's conditions of release, specifically, the removal of the condition of a curfew enforced by location monitoring.

     On December 14, 2023, Mr. Rivera was sentenced to a term of 36-months imprisonment and permitted to self-surrender to his place of designation by 2:00 p.m. on March 11, 2024. In the meantime, Mr. Rivera remains at liberty subject to the supervision of Pre-Trial Services. I have spoken with Mr. Rivera's Pre-Trial Services Officer, Marlon Ovalles, who has informed me that Mr. Rivera is in compliance with the terms of his supervision and as such his Office consents to the removal of the curfew enforced by location monitoring from Mr. Rivera's conditions of release. I have also spoken with Assistant United States Attorney Ashley C. Nicolas, who has informed me that the Government defers to Pre-Trial Services.

     Accordingly, Defendant Pedro Rivera, by and through counsel, respectfully requests that his conditions of release be modified to remove the above-mentioned condition.

     Thank you for your time and consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/24

Respectfully submitted,

*[signature]*

Michael K. Bachrach
*Attorney for Defendant Pedro Rivera*

cc:    All parties of record (by ECF)